UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MOLLY SEKELSKY, individual, and on behalf of all others similarly situated, | : : : | |
| Plaintiff | : | |
| | : | Civil Action No. 3:25-cv-00631-RNC |
| v. | : : | |
| ELEVANCE HEALTH, INC. | : : | |
| Defendant | : | |
| | : | JUNE 26, 2025 |

## CONSENT TO REMAND

While Defendant maintains that there is diversity jurisdiction, to avoid further motion practice and delay, and to preserve resources, Defendant consents to a remand to Connecticut Superior Court. Defendant submits this consent, in part, because after further research of this matter, Defendant believes that the Complaint contains a novel issue of law that should be decided in the first instance by the State's highest court.

Defendant opposes any award of fees to Plaintiff for the filing of her motion. Plaintiff's Motion states she "intend[ed] to seek her reasonable attorney's fees" "[s]hould Defendant contest the remand of this matter." (Docket Entry No. 18-1, p. 5.) Defendant has not contested the remand.

Further, Plaintiff's Motion could have been avoided altogether and is contradicted by their earlier actions in the case. By way of additional background, on April 16, 2025, defense counsel emailed Plaintiff's counsel regarding their intention to remove this matter to federal court and asking whether they had consent to a 30-day extension of time to respond to the Complaint. (*See* Exh. A.) Following that email, counsel conferred by telephone. Plaintiff's counsel stated that they

1

believed their state court complaint was not properly served and offered to withdraw the state court case and file in federal court. Because Defendant was on notice of the complaint, out of an abundance of caution, they advised Plaintiff's counsel that they would remove the case to federal court and did so on April 22, 2025. (Docket Entry No. 1; Exh. A.)

To preserve resources, Defendant's counsel advised that Defendant would agree to waive service pursuant to Federal Rule of Civil Procedure 4. Plaintiff's counsel provided that waiver of service on May 14, 2025, and asked to schedule a Rule 26f conference. (*See* Exh. A.) The waiver of service was returned executed on May 16, 2025, and filed with this Court by Plaintiff on that same day. (Docket Entry No. 17.)

At no point during any of these discussions about removal did Plaintiff's counsel raise any issue that the case was not removable to federal court.

Instead, a week later, at 11:44am on May 22, 2025, the last day Plaintiff could move for remand, Plaintiff's counsel emailed defense counsel asking if defense counsel intended to file an affidavit that the amount in controversy is over $5,000,000. Plaintiff's counsel asserted such amount was "required for federal jurisdiction" and "not that the matter in controversy is over $75,000." (*See* Exh. A.) Plaintiff's counsel further directed defense counsel to an attached decision, that was not actually attached and stated that they would be filing a motion for more time to a file a remand while they awaited defense counsel's response. (*Id.*) The $5,000,000 threshold comes from the Class Action Fairness Act ("CAFA"), which allows federal courts to hear class actions even when there is only minimal diversity as long as the claims of all class members can be aggregated to reach a threshold of $5,000,000.

Shortly thereafter, at 12:04pm on May 22, 2025, defense counsel responded asking for the

2

case upon which Plaintiff was relying and asking why regular diversity jurisdiction would not be sufficient.  More than two hours later, at 2:42pm, Plaintiff's counsel provided the inadvertently omitted case (*Rzasa v. BJ's Rests., Inc*; *see* Exh. A.)

The case upon which Plaintiff relied to remand the case was one handled by Plaintiff's law firm.  Thus, Plaintiff's counsel were clearly aware of this decision during the initial discussions about removal and well before the last day they had to move for remand.  Two hours after that, Plaintiff's counsel responded that "diversity is not enough as the court made clear in Rzasa." (Exh. A.)  Defense counsel ultimately consented to Plaintiff's request for extension of time so that the parties could potentially resolve this matter without motion practice, but by that point and despite requesting the extension, Plaintiff had already filed the motion for remand. (*Id.*)

Plaintiff's Motion for Remand does not argue that the only way Defendant can meet the requirement for diversity jurisdiction is by satisfying CAFA's amount in controversy threshold. Rather, Plaintiff states: "[h]ere, the wage claims of the class members simply cannot be aggregated to meet the amount in controversy requirement, and there is no evidence that any of the individual's claims exceed $75,000 in value." (Pl's Motion, p. 4.)  Plaintiff does not contest that the parties are of different states so as to satisfy that element of diversity jurisdiction.  Plaintiff focuses solely on the amount in controversy.

Again, in an effort to conserve resources and avoid unnecessary motion practice, defense counsel asked Plaintiff's counsel to stipulate that they would not "seek more than $74,000 in fees if [Plaintiffs] lose class certification and" the case ends up being litigated as a single plaintiff case. Plaintiff's counsel refused to stipulate, stating: "I know that David had asked if we'd agree that if it was Ms. Sekelsky's claim alone, that the fees and losses inclusive would be less than $75,000

but we can't agree to that. As I am sure you can imagine, it is difficult to predict fees and if Ms. Sekelsky's case goes to trial for her alone, the fees will still add up." (Exh. A.) Nonetheless, Plaintiff still seeks remand.

As noted, Defendant consents to remand to avoid further motion practice on this issue. Defendant wanted to provide this Court will a full record to demonstrate that Defendant has not acted with "objective unreasonable[ness]." *See Rsaza v. BJ's Rests., Inc.*, 2023 U.S. Dist. LEXIS 98952, at *4 (June 7, 2023). The "overall fairness given the nature of the case, the circumstances of the remand and the effect on the parties" simply do not warrant an award of fees if Plaintiff seeks any such fees. *See id.* at *5.


                                        DEFENDANT,
                                        ELEVANCE HEALTH, INC.

                             By:    */s/ Allison P. Dearington*
                                    Allison P. Dearington (ct29277)
                                    Allison.Dearington@jacksonlewis.com
                                    David R. Golder (ct27941)
                                    David.Golder@jacksonlewis.com
                                    Danielle G. Sturgeon (ct31818)
                                    Danielle.Sturgeon@jacksonlewis.com
                                    Jackson Lewis P.C.
                                    90 State House Square, 8th Floor
                                    Hartford, CT 06103
                                    P: (860) 522-0404
                                    F: (860) 247-1330

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on June 26, 2025 a copy of foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ *Allison P. Dearington*_____
Allison P. Dearington

# EXHIBIT A

**Dearington, Allison P. (Hartford)**

| | |
|---|---|
| **From:** | Golder, David R. (Hartford) |
| **Sent:** | Thursday, May 22, 2025 6:35 PM |
| **To:** | Deborah McKenna; Ellen Wallin |
| **Cc:** | Sturgeon, Danielle (Hartford); Dearington, Allison P. (Hartford); Raymond Dinsmore; Alexander Grant |
| **Subject:** | RE: Molly Sekelsky v. Elevance Health |

We consent to your motion for more time. Let us consider and get back to you on the bigger question. Thanks.
David



## David R. Golder
### Attorney at Law

**Jackson Lewis P.C.**
90 State House Square
8th Floor
Hartford, CT 06103
Direct: (860) 331-1536 | Main: (860) 522-0404
David.Golder@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Deborah McKenna <dmckenna@hayberlawfirm.com>
**Sent:** Thursday, May 22, 2025 4:04 PM
**To:** Ellen Wallin <ellen@hayberlawfirm.com>
**Cc:** Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>; Sturgeon, Danielle (Hartford)
<Danielle.Sturgeon@jacksonlewis.com>; Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>;
Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Alexander Grant <Alexander@hayberlawfirm.com>
**Subject:** Re: Molly Sekelsky v. Elevance Health

David,

Diversity is not enough as the court made clear in Rzasa.

Do you plan to provide an affidavit that the claims are worth more than $5,000,000?

Deb

Deborah L. McKenna
Hayber, McKenna & Dinsmore, LLC
472 Wheelers Farms Rd., Suite 300
Milford, CT 06461


Sent from my iPhone

On May 22, 2025, at 2:42 PM, Ellen Wallin <ellen@hayberlawfirm.com> wrote:


Good afternoon Attorney Golder,

Please see the attached decision, which was inadvertently omitted from Attorney McKenna's earlier email.

Thank you,
**Ellen Wallin**
Paralegal
Hayber, McKenna & Dinsmore, LLC
One Monarch Place, Suite 1340
Springfield, MA 01144
(413) 785-1400
Direct: (413) 327-4524
Fax: (860) 218-9555
ellen@hayberlawfirm.com
www.hayberlawfirm.com

---

**This is a confidential transmission from the law offices of Hayber, McKenna & Dinsmore, LLC. The information contained is privileged and confidential and therefore exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail or by telephone at (203) 691-6491 and delete the original, including all attachments, without reproducing it in any way. Thank you.**

---

**From:** Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>
**Sent:** Thursday, May 22, 2025 12:04 PM
**To:** Deborah McKenna <dmckenna@hayberlawfirm.com>; Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>; Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Alexander Grant <Alexander@hayberlawfirm.com>; Ellen Wallin <ellen@hayberlawfirm.com>
**Subject:** RE: Molly Sekelsky v. Elevance Health

Hi Deb,
I don't think you attached the case. In any event, why wouldn't regular diversity jurisdiction be sufficient here?
David


—

**David R. Golder**
Attorney at Law

**Jackson Lewis P.C.**

90 State House Square
8th Floor
Hartford, CT 06103
Direct: (860) 331-1536 | Main: (860) 522-0404
David.Golder@jacksonlewis.com | www.jacksonlewis.com

**From:** Deborah McKenna <dmckenna@hayberlawfirm.com>
**Sent:** Thursday, May 22, 2025 11:44 AM
**To:** Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>; Sturgeon, Danielle (Hartford)
<Danielle.Sturgeon@jacksonlewis.com>; Dearington, Allison P. (Hartford)
<Allison.Dearington@Jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Alexander Grant
<Alexander@hayberlawfirm.com>; Ellen Wallin <ellen@hayberlawfirm.com>
**Subject:** Re: Molly Sekelsky v. Elevance Health

David,

When we first discussed removing this case to federal court, I assumed that you would submit the
necessary paperwork to meet the diversity requirements. But, in reviewing your documents, I see that
you have not filed an affidavit with the court that asserts that the value of this case is over $5,000,000 -
which is required for federal jurisdiction - not that the matter in controversy is over $75,000. This is
required to establish federal jurisdiction. See the attached decision from Judge Arterton.

Do you intend to present such an affidavit? If not, I will file a motion to remove the case to state court
based on the clear law.

I am going to file a motion for more time to file our motion to remand today while we await your
response. Please let me know your position on this motion.

Thanks.

Deb


Attorney Deborah L. McKenna

Hayber, McKenna & Dinsmore, LLC.

472 Wheelers Farms Rd, Suite 300

Milford, CT 06461

Telephone: (203)691-6491

Direct Line: (203)553-7325

Cell: (475)-837-3101

Fax: (860)218-9555

Email: dmckenna@hayberlawfirm.com

www.hayberlawfirm.com

---

**This is a confidential transmission from the law offices of Hayber, McKenna & Dinsmore, LLC. The information contained is privileged and confidential and therefore exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail or by telephone at (203)691-6491 and delete the original, including all attachments, without reproducing it in any way. Thank you.**

---

**From:** Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>
**Sent:** Friday, May 16, 2025 10:54 AM
**To:** Deborah McKenna <dmckenna@hayberlawfirm.com>; Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>; Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Alexander Grant <Alexander@hayberlawfirm.com>; Ellen Wallin <ellen@hayberlawfirm.com>
**Subject:** RE: Molly Sekelsky v. Elevance Health

Thanks, Deb. We will let the court know that you consent. Have a nice weekend.
David

---

**David R. Golder**
Attorney at Law

**Jackson Lewis P.C.**
90 State House Square
8th Floor
Hartford, CT 06103
Direct: (860) 331-1536 | Main: (860) 522-0404
David.Golder@jacksonlewis.com | www.jacksonlewis.com

**From:** Deborah McKenna <dmckenna@hayberlawfirm.com>
**Sent:** Friday, May 16, 2025 10:54 AM
**To:** Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>; Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>; Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Alexander Grant <Alexander@hayberlawfirm.com>; Ellen Wallin <ellen@hayberlawfirm.com>
**Subject:** Re: Molly Sekelsky v. Elevance Health

David,

I don't have an objection. I know we agreed to an extension.

Deb


Attorney Deborah L. McKenna

Hayber, McKenna & Dinsmore, LLC.

472 Wheelers Farms Rd, Suite 300

Milford, CT 06461

Telephone: (203)691-6491

Direct Line: (203)553-7325

Cell: (475)-837-3101

Fax: (860)218-9555

Email: dmckenna@hayberlawfirm.com

www.hayberlawfirm.com

**This is a confidential transmission from the law offices of Hayber, McKenna & Dinsmore, LLC.  The information contained is privileged and confidential and therefore exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail or by telephone at (203)691-6491 and delete the original, including all attachments, without reproducing it in any way. Thank you.**

**From:** Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>
**Sent:** Friday, May 16, 2025 10:41 AM
**To:** Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>; Deborah McKenna <dmckenna@hayberlawfirm.com>; Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Alexander Grant <Alexander@hayberlawfirm.com>; Ellen Wallin <ellen@hayberlawfirm.com>
**Subject:** RE: Molly Sekelsky v. Elevance Health

Deb, we are going to file this today. If you could get back to us, we would really appreciate it. Given our discussions, we assume you consent but want to get your official response before filing. Thanks.

## David R. Golder
Attorney at Law

**Jackson Lewis P.C.**
90 State House Square
8th Floor
Hartford, CT 06103
Direct: (860) 331-1536 | Main: (860) 522-0404
David.Golder@jacksonlewis.com | www.jacksonlewis.com

**From:** Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Sent:** Thursday, May 15, 2025 3:56 PM
**To:** Deborah McKenna <dmckenna@hayberlawfirm.com>; Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>; Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Alexander Grant <Alexander@hayberlawfirm.com>; Ellen Wallin <ellen@hayberlawfirm.com>
**Subject:** RE: Molly Sekelsky v. Elevance Health

Hi Deb,

Thank you for sending this over. We intend to file a motion for an extension of time to clarify with the Court that we have 60 days from the date of this waiver to file a responsive pleading, making the deadline July 14, 2025 (July 13 is a Sunday). Do you consent to this?

Thanks,
Danielle

**Danielle Sturgeon**

Attorney at Law

**Jackson Lewis P.C.**
90 State House Square.
8th Floor
Hartford, CT 06103
Direct: (860) 331-1550 | Main: (860) 522-0404
Danielle.Sturgeon@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Deborah McKenna <dmckenna@hayberlawfirm.com>
**Sent:** Wednesday, May 14, 2025 2:39 PM
**To:** Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>; Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>; Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Alexander Grant <Alexander@hayberlawfirm.com>; Ellen Wallin <ellen@hayberlawfirm.com>
**Subject:** Re: Molly Sekelsky v. Elevance Health

David,

Here it is. We also need to schedule our 26f conference before May 22. What is your availability this week?

Deb


Attorney Deborah L. McKenna

Hayber, McKenna & Dinsmore, LLC.

472 Wheelers Farms Rd, Suite 300

Milford, CT 06461

Telephone: (203)691-6491

Direct Line: (203)553-7325

Cell: (475)-837-3101

Fax: (860)218-9555

Email: dmckenna@hayberlawfirm.com

www.hayberlawfirm.com

**This is a confidential transmission from the law offices of Hayber, McKenna & Dinsmore, LLC.  The information contained is privileged and confidential and therefore exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail or by telephone at (203)691-6491 and delete the original, including all attachments, without reproducing it in any way. Thank you.**

**From:** Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>
**Sent:** Wednesday, May 14, 2025 7:32 AM
**To:** Deborah McKenna <dmckenna@hayberlawfirm.com>; Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>; Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Alexander Grant <Alexander@hayberlawfirm.com>
**Subject:** Re: Molly Sekelsky v. Elevance Health

Deb
Are you going to get us the waiver? Thanks.
David

## David R. Golder
Attorney at Law

**Jackson Lewis P.C.**
90 State House Square
8th Floor
Hartford, CT 06103
Direct: (860) 331-1536 | Main: (860) 522-0404
David.Golder@jacksonlewis.com | www.jacksonlewis.com

**From:** Deborah McKenna <dmckenna@hayberlawfirm.com>
**Sent:** Thursday, April 17, 2025 10:24:22 AM
**To:** Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>; Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Golder, David R. (Hartford)

<[David.Golder@jacksonlewis.com](mailto:David.Golder@jacksonlewis.com)>; Alexander Grant <[Alexander@hayberlawfirm.com](mailto:Alexander@hayberlawfirm.com)>
**Subject:** Re: Molly Sekelsky v. Elevance Health

Allison,

Sure, Tuesday works better for me. 9:30? Or after 12. Let me know a time and what number to call.

Thanks.

Deb


Attorney Deborah L. McKenna

Hayber, McKenna & Dinsmore, LLC.

472 Wheelers Farms Rd, Suite 300

Milford, CT 06461

Telephone: (203)691-6491

Direct Line: (203)553-7325

Cell: (475)-837-3101

Fax: (860)218-9555

Email: [dmckenna@hayberlawfirm.com](mailto:dmckenna@hayberlawfirm.com)

[www.hayberlawfirm.com](http://www.hayberlawfirm.com)

---

**This is a confidential transmission from the law offices of Hayber, McKenna & Dinsmore, LLC. The information contained is privileged and confidential and therefore exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail or by telephone at (203)691-6491 and delete the original, including all attachments, without reproducing it in any way. Thank you.**

---

**From:** Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>
**Sent:** Thursday, April 17, 2025 10:03 AM
**To:** Deborah McKenna <dmckenna@hayberlawfirm.com>; Sturgeon, Danielle (Hartford)
<Danielle.Sturgeon@jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Golder, David R. (Hartford)
<David.Golder@jacksonlewis.com>; Alexander Grant <Alexander@hayberlawfirm.com>
**Subject:** Re: Molly Sekelsky v. Elevance Health

Hi Deb,

Hope all is well. David and I are both on vacation this week. Do you have some time on
Monday?

Thanks,
Allison

**Allison P. Dearington**  (She/Her)
Attorney at Law

**Jackson Lewis P.C.**
90 State House Square
8th Floor
Hartford, CT 06103
Direct: (860) 331-2585 | Main: (860) 522-0404
Allison.Dearington@Jacksonlewis.com | www.jacksonlewis.com

**From:** Deborah McKenna <dmckenna@hayberlawfirm.com>
**Sent:** Thursday, April 17, 2025 9:38:13 AM
**To:** Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Dearington, Allison P. (Hartford)
<Allison.Dearington@Jacksonlewis.com>; Golder, David R. (Hartford)
<David.Golder@jacksonlewis.com>; Alexander Grant <Alexander@hayberlawfirm.com>
**Subject:** Re: Molly Sekelsky v. Elevance Health

Danielle,

I thought I had sent this email yesterday but it was stuck in my draft folder. Let's discuss before you
remove the case. When are you available for a call? Thanks.

Attorney Deborah L. McKenna

Hayber, McKenna & Dinsmore, LLC.

472 Wheelers Farms Rd, Suite 300

Milford, CT 06461

Telephone: (203)691-6491

Direct Line: (203)553-7325

Cell: (475)-837-3101

Fax: (860)218-9555

Email: dmckenna@hayberlawfirm.com

www.hayberlawfirm.com

---

**This is a confidential transmission from the law offices of Hayber, McKenna & Dinsmore, LLC.  The information contained is privileged and confidential and therefore exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail or by telephone at (203)691-6491 and delete the original, including all attachments, without reproducing it in any way. Thank you.**

---

**From:** Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Sent:** Wednesday, April 16, 2025 10:45 AM
**To:** Deborah McKenna <dmckenna@hayberlawfirm.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>; Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>
**Subject:** Molly Sekelsky v. Elevance Health


Dear Attorney McKenna,

We will be removing the above matter to federal court and upon doing so, we intend to file a motion seeking a 30-day extension of time to respond to the Complaint. Can you please let us know if you consent to the extension?

Regards,

Danielle

<image001.png>   **Danielle Sturgeon**

Attorney at Law

**Jackson Lewis P.C.**

90 State House Square.
8th Floor

Hartford, CT 06103

Direct: (860) 331-1550 | Main: (860) 522-0404

Danielle.Sturgeon@jacksonlewis.com | www.jacksonlewis.com

<Rzasa v BJ's - ECF 18 Order granting remand.pdf>

**Dearington, Allison P. (Hartford)**

| | |
|---|---|
| **From:** | Deborah McKenna <dmckenna@hayberlawfirm.com> |
| **Sent:** | Monday, June 9, 2025 2:46 PM |
| **To:** | Sturgeon, Danielle (Hartford) |
| **Cc:** | Dearington, Allison P. (Hartford); Golder, David R. (Hartford); Raymond Dinsmore; Alexander Grant |
| **Subject:** | Re: Motion for Extension of Time - Sekelsky v. Elevance |

Danielle,

That's fine. I am tied up with a contested hearing that I am first-chairing and which starts tomorrow at OPH. It will last this week and into next.

I know that David had asked if we'd agree that if it was Ms. Sekelsky's claim alone, that the fees and losses inclusive would be less than $75,000 but we can't agree to that. As I am sure you can imagine, it is difficult to predict fees and if Ms. Sekelsky's case goes to trial for her alone, the fees will still add up.

I am happy to schedule a call with you (or all 3 of you) for next week.

Deb

Attorney Deborah L. McKenna
Hayber, McKenna & Dinsmore, LLC.
472 Wheelers Farms Rd, Suite 300
Milford, CT 06461
Telephone: (203)691-6491
Direct Line: (203)553-7325
Cell: (475)-837-3101
Fax: (860)218-9555
Email: dmckenna@hayberlawfirm.com
www.hayberlawfirm.com

This is a confidential transmission from the law offices of Hayber, McKenna & Dinsmore, LLC. The information contained is privileged and confidential and therefore exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail or by telephone at (203)691-6491 and delete the original, including all attachments, without reproducing it in any way. Thank you.

**From:** Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Sent:** Monday, June 9, 2025 2:38 PM
**To:** Deborah McKenna <dmckenna@hayberlawfirm.com>

**Cc:** Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>; Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>
**Subject:** Motion for Extension of Time - Sekelsky v. Elevance

Hi Deb,

I hope all is well. We are planning on moving for a two-week extension to respond to the motion for remand so that we may continue to confer on the jurisdictional questions we have been discussing. Can you please let us know if you consent to this extension?

Thank you,
Danielle



**Danielle Sturgeon**
Attorney at Law

**Jackson Lewis P.C.**
90 State House Square.
8th Floor
Hartford, CT 06103
Direct: (860) 331-1550 | Main: (860) 522-0404
Danielle.Sturgeon@jacksonlewis.com | www.jacksonlewis.com

**Dearington, Allison P. (Hartford)**

| | |
|---|---|
| **From:** | Dearington, Allison P. (Hartford) |
| **Sent:** | Tuesday, April 22, 2025 10:05 AM |
| **To:** | Deborah McKenna; Sturgeon, Danielle (Hartford) |
| **Cc:** | Raymond Dinsmore; Golder, David R. (Hartford); Alexander Grant |
| **Subject:** | RE: Molly Sekelsky v. Elevance Health |

Hi Deb,

Thanks for the call earlier. We spoke to our client.  We'll remove the case either today or tomorrow, and then if you can provide us with a waiver of service to give us the 60 days to respond to the complaint, I believe that will resolve the service issue you raised.

Let us know if there is anything further to discuss.

Thanks,

Allison



**Allison P. Dearington**  (She/Her)
Attorney at Law

**Jackson Lewis P.C.**
90 State House Square
8th Floor
Hartford, CT 06103
Direct: (860) 331-2585 | Main: (860) 522-0404
Allison.Dearington@Jacksonlewis.com | www.jacksonlewis.com

**From:** Deborah McKenna <dmckenna@hayberlawfirm.com>
**Sent:** Thursday, April 17, 2025 10:24 AM
**To:** Dearington, Allison P. (Hartford) <Allison.Dearington@jacksonlewis.com>; Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>; Alexander Grant <Alexander@hayberlawfirm.com>
**Subject:** Re: Molly Sekelsky v. Elevance Health

Allison,

Sure, Tuesday works better for me. 9:30? Or after 12. Let me know a time and what number to call.

Thanks.

Deb

Attorney Deborah L. McKenna

Hayber, McKenna & Dinsmore, LLC.

472 Wheelers Farms Rd, Suite 300

Milford, CT 06461

Telephone: (203)691-6491

Direct Line: (203)553-7325

Cell: (475)-837-3101

Fax: (860)218-9555

Email: dmckenna@hayberlawfirm.com

www.hayberlawfirm.com

---

**This is a confidential transmission from the law offices of Hayber, McKenna & Dinsmore, LLC.  The information contained is privileged and confidential and therefore exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail or by telephone at (203)691-6491 and delete the original, including all attachments, without reproducing it in any way. Thank you.**

---

**From:** Dearington, Allison P. (Hartford) <Allison.Dearington@Jacksonlewis.com>
**Sent:** Thursday, April 17, 2025 10:03 AM
**To:** Deborah McKenna <dmckenna@hayberlawfirm.com>; Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>; Alexander Grant <Alexander@hayberlawfirm.com>
**Subject:** Re: Molly Sekelsky v. Elevance Health

Hi Deb,

Hope all is well. David and I are both on vacation this week. Do you have some time on Monday?

Thanks,
Allison



**Allison P. Dearington** (She/Her)
Attorney at Law

**Jackson Lewis P.C.**
90 State House Square
8th Floor
Hartford, CT 06103
Direct: (860) 331-2585 | Main: (860) 522-0404
Allison.Dearington@Jacksonlewis.com | www.jacksonlewis.com

---

**From:** Deborah McKenna <dmckenna@hayberlawfirm.com>
**Sent:** Thursday, April 17, 2025 9:38:13 AM
**To:** Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Dearington, Allison P. (Hartford)
<Allison.Dearington@Jacksonlewis.com>; Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>; Alexander
Grant <Alexander@hayberlawfirm.com>
**Subject:** Re: Molly Sekelsky v. Elevance Health

Danielle,

I thought I had sent this email yesterday but it was stuck in my draft folder. Let's discuss before you remove the case.
When are you available for a call? Thanks.

Attorney Deborah L. McKenna

Hayber, McKenna & Dinsmore, LLC.

472 Wheelers Farms Rd, Suite 300

Milford, CT 06461

Telephone: (203)691-6491

Direct Line: (203)553-7325

Cell: (475)-837-3101

Fax: (860)218-9555

Email: dmckenna@hayberlawfirm.com

3

www.hayberlawfirm.com

---

This is a confidential transmission from the law offices of Hayber, McKenna & Dinsmore, LLC.  The information contained is privileged and confidential and therefore exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail or by telephone at (203)691-6491 and delete the original, including all attachments, without reproducing it in any way. Thank you.

---

**From:** Sturgeon, Danielle (Hartford) <Danielle.Sturgeon@jacksonlewis.com>
**Sent:** Wednesday, April 16, 2025 10:45 AM
**To:** Deborah McKenna <dmckenna@hayberlawfirm.com>
**Cc:** Raymond Dinsmore <rdinsmore@hayberlawfirm.com>; Dearington, Allison P. (Hartford)
<Allison.Dearington@Jacksonlewis.com>; Golder, David R. (Hartford) <David.Golder@jacksonlewis.com>
**Subject:** Molly Sekelsky v. Elevance Health

Dear Attorney McKenna,


We will be removing the above matter to federal court and upon doing so, we intend to file a motion seeking a 30-day extension of time to respond to the Complaint. Can you please let us know if you consent to the extension?


Regards,

Danielle



## Danielle Sturgeon

Attorney at Law

**Jackson Lewis P.C.**

90 State House Square.
8th Floor

Hartford, CT 06103

Direct: (860) 331-1550 | Main: (860) 522-0404

Danielle.Sturgeon@jacksonlewis.com | www.jacksonlewis.com